05-13-00016-CR



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0125-14

**VERA ELIZABETH GUTHRIE-NAIL, Appellant**

v.

**THE STATE OF TEXAS**

## ON PETITION FOR DISCRETIONARY REVIEW
## FROM THE FIFTH COURT OF APPEALS
## COLLIN COUNTY

*Per Curiam.*

## O R D E R

The Court grants review on its own motion of the following question:

The Court of Appeals erred in holding that the trial court did not deny Appellant due process of law and the right to confrontation when, after signing the original judgment, the trial court almost three months later entered an erroneous judgment nunc pro tunc adding a deadly weapon finding without notice to Appellant

The Clerk of this Court will send copies of this order to the Court of Appeals for the

Fifth District, the District Attorney for Collin County, and Appellant.


En Banc
Entered April 30, 2014
Do Not Publish



COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE





UNITED STATES POSTAGE

$ 00.40⁶

PITNEY BOWES

02 1R
0002003152
MAILED FROM ZIP CODE 78701
MAY 01 2014

PRESORTED
FIRST CLASS

PD-0125-14

5TH COURT OF APPEALS CLERK
LISA MATZ
600 COMMERCE 2ND FLOOR
DALLAS TX 75202

121 DVE—N3B 75202